IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Donna Anderson, | ) |
| Plaintiff, | ) Civil Action No. 4:09-3039-TLW-SVH |
| vs. | ) |
| Federal Express Corporation, | ) |
| Defendant. | ) |

# ORDER

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Shiva V. Hodges, to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that the defendant's Motion to Dismiss, (Doc. # 6), be deemed moot as to any alleged claims asserting a class action and denied as to the plaintiff's claim for intentional infliction of emotional distress. (Doc. # 29). Objections were due by June 1, 2010. No objections were filed.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. # 29). Therefore, the defendant's motion to dismiss is deemed **MOOT** as to any alleged claims asserting a class action and is **DENIED** as to the plaintiff's claim for intentional infliction of emotional distress.

    **IT IS SO ORDERED**.

                                                  \_\_\_\_s/Terry L. Wooten\_\_\_\_
                                                  United States District Judge

September 9, 2010
Florence, South Carolina